**No. 10-8726. Gracie Walker, Petitioner v. United States.**

562 U.S. 1263, 131 S. Ct. 1587, 179 L. Ed. 2d 487, 2011 U.S. LEXIS 1825.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 399 Fed. Appx. 945.

**No. 10-8728. Michael Anthony Peters, Petitioner v. United States.**

562 U.S. 1263, 131 S. Ct. 1587, 179 L. Ed. 2d 487, 2011 U.S. LEXIS 1798.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 402 Fed. Appx. 211.

**No. 10-8729. Herschel B. Minifee, Petitioner v. United States.**

562 U.S. 1263, 131 S. Ct. 1587, 179 L. Ed. 2d 487, 2011 U.S. LEXIS 1741.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 406 Fed. Appx. 19.

**No. 10-8733. Man Nei Lui, Petitioner v. United States.**

562 U.S. 1263, 131 S. Ct. 1587, 179 L. Ed. 2d 487, 2011 U.S. LEXIS 1874.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 402 Fed. Appx. 235.

**No. 10-8736. Earl Carlton Bogans, Petitioner v. United States.**

562 U.S. 1263, 131 S. Ct. 1587, 179 L. Ed. 2d 487, 2011 U.S. LEXIS 1755.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8737. Daniel Albert Bonilla-Delcid, Petitioner v. United States.**

562 U.S. 1263, 131 S. Ct. 1588, 179 L. Ed. 2d 487, 2011 U.S. LEXIS 1881.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 397 Fed. Appx. 921.

**No. 10-8738. James W. Aitchison, Petitioner v. United States.**

562 U.S. 1263, 131 S. Ct. 1588, 179 L. Ed. 2d 487, 2011 U.S. LEXIS 1748.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 411 Fed. Appx. 358.

**No. 10-8739. Daniel J. Abeita, Petitioner v. United States.**

562 U.S. 1263, 131 S. Ct. 1588, 179 L. Ed. 2d 487, 2011 U.S. LEXIS 1765.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 409 Fed. Appx. 2.

**No. 10-8741. Neal Benjamin, Petitioner v. United States.**

562 U.S. 1263, 131 S. Ct. 1588, 179 L. Ed. 2d 487, 2011 U.S. LEXIS 1718.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 391 Fed. Appx. 942.